```
STEVEN G. KALAR
Federal Public Defender
CYNTHIA C. LIE
Assistant Federal Public Defender
160 West Santa Clara Street
Suite 575
San Jose, CA 95113
Telephone:  (408) 291-7753

Counsel for Defendant MAGALLON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JOSE MAGALLON,<br><br>           Defendant. | No. CR-13-00562 DLJ<br><br>STIPULATED APPLICATION FOR ORDER DIRECTING PREPARATION OF A MODIFIED PRESENTENCE INVESTIGATION REPORT AS TO DEFENDANT MAGALLON |

Defendant Jose Magallon and the government, by and through their respective counsel, hereby request the entry of an order directing the United States Probation Office to prepare a Modified Presentence Investigation Report as to Mr. Magallon's criminal history.

Dated: March 13, 2014

s/_____
CASEY O'NEILL
Special Assistant United States Attorney

Dated: March 13, 2014

s/_____
CYNTHIA C. LIE
Assistant Federal Public Defender

1
2
3
4
5
6

7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                  SAN JOSE DIVISION

| | | |
|---|---|---|
| 10  UNITED STATES OF AMERICA, | ) | No. CR-13-00562 DLJ |
| | ) | |
| 11           Plaintiff, | ) | [] ORDER DIRECTING |
| | ) | PREPARATION OF A MODIFIED |
| 12  vs. | ) | PRESENTENCE INVESTIGATION |
| | ) | REPORT AS TO DEFENDANT |
| 13  JOSE MAGALLON, | ) | MAGALLON |
| | ) | |
| 14           Defendant. | ) | |
| _____ | ) | |

15

16     Good cause appearing and on stipulation of the parties, it is hereby ordered that the

17  United States Probation Office shall prepare a Modified Presentence Investigation Report as to

18  Mr. Magallon's criminal history.

19

20  Dated: March  G̑ , 2014

21                              _____
                                HON. D. LOWELL JENSEN
22                              United States District Judge

23
24
25
26