1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  CASEY O'NEILL (NYBN 4715363)
   Special Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5080
7      Fax: (408) 535-5066
       E-Mail: Casey.O'Neill@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA, ) CASE NO. 13-CR-00562 DLJ
                                )
14 |                            ) STIPULATION AND [] ORDER
           v.                   ) CONTINUING STATUS DATE & EXCLUDING
15 |                            ) TIME
   JOSE MAGALLON, and           )
16 | ISIDRO MAGANA GARCIA,      )
                                )
17 |                            )
                                )
18 |        Defendants.         )
                                )
19 |                            )
                                )
20

21      The government and defendants Jose Magallon and Isidro Magana Garcia, through their

22 respective counsel, hereby stipulate and request that the status hearing currently set for Thursday, June

23 5, 2014, at 9:00 a.m., be continued to Thursday, August 14, 2014, at 9:00 a.m., before The Honorable D.

24 Lowell Jensen, United States District Judge. The reason for the requested continuance is that the

25 undersigned government counsel, having recently substituted in for a colleague, needs additional time to

26 evaluate the merits of the case and to discuss any possible pretrial resolution with defense counsel.

27      The parties also stipulate and request that the Court exclude time from June 5, 2014 through and

28 including August 14, 2014, as the reasonable time necessary for effective preparation of counsel and for

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 13-CR-00562 DLJ                              1

1  continuity of government counsel, given the ongoing evaluation of the case, such that the ends of justice
2  served by the continuance outweigh the best interest of the public and the defendants in a speedy trial,
3  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

4

5  Dated: May 28, 2014                              MELINDA HAAG
6                                                   United States Attorney

7                                                   _____/s/_____
                                                    CASEY O'NEILL
8                                                   Special Assistant United States Attorney

9                                                   _____/s/_____
10 Dated: May 28, 2014                              CYNTHIA LIE
                                                    Counsel for defendant Jose Magallon
11
                                                    _____/s/_____
12 Dated: May 28, 2014                              EDDIE RUIZ
                                                    Counsel for defendant Isidro Magana Garcia
13

14

15                                          **[] ORDER**

16     Good cause appearing and by stipulation of the parties,

17     IT IS HEREBY ORDERED that the status hearing currently set for Thursday, June 5, 2014, at
18 9:00 a.m., shall be continued to Thursday, August 14, 2014, at 9:00 a.m.

19     It is further ordered that time from June 5, 2014 through and including August 14, 2014, shall be
20 excluded from the computation of the time within which trial shall commence, as the reasonable time
21 necessary for effective preparation of counsel, such that the ends of justice served by the continuance
22 outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §§
23 3161(h)(7)(A) and (h)(7)(B)(iv).

24

25  Öæ^ĸÂ-Đ-ĐFl                                     _____
26                                                   HON. D. LOWELL JENSEN
                                                     United States District Judge
27

28

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 13-CR-00562 DLJ                            2