1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    J. DOUGLAS WILSON (DCBN 412811)
3   Chief, Criminal Division

4   CASEY O'NEILL (NYBN 4715363)
    Special Assistant United States Attorney

5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5080
7     Fax: (408) 535-5066
      E-Mail: Casey.O'Neill@usdoj.gov

8
    Attorneys for the United States of America
9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NO. 13-CR-00562 DLJ
                                       )
14                                     )  STIPULATION AND [] ORDER
        v.                             )  CONTINUING STATUS DATE & EXCLUDING
15                                     )  TIME
    JOSE MAGALLON, and                 )
16  ISIDRO MAGANA GARCIA,              )
                                       )
17                                     )
                                       )
18        Defendants.                  )
                                       )
19                                     )
                                       )
20  _____

21       The government and defendants Jose Magallon and Isidro Magana Garcia, through their

22  respective counsel, hereby stipulate and request that the status hearing currently set for Thursday,

23  August 14, 2014, at 9:00 a.m., be continued to Thursday, September 25, 2014, at 9:00 a.m., before The

24  Honorable D. Lowell Jensen, United States District Judge.  The reasons for the requested continuance

25  are that the undersigned government counsel will be at trial through late August before the Honorable

26  Edward J. Davila, and that the parties are continuing to evaluate the evidence and any possible pretrial

27  disposition.

28       The parties also stipulate and request that the Court exclude time from August 14, 2014 through

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 13-CR-00562 DLJ                         1

1 and including September 25, 2014, as the reasonable time necessary for effective preparation of counsel

2 and for continuity of government counsel, given the ongoing evaluation of the case, such that the ends of

3 justice served by the continuance outweigh the best interest of the public and the defendants in a speedy

4 trial, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

6 Dated:  August 5, 2014

MELINDA HAAG

7 United States Attorney

8 _____/s/_____
CASEY O'NEILL

9 Special Assistant United States Attorney

10 _____/s/_____

11 Dated:  August 5, 2014
CYNTHIA LIE
Counsel for defendant Jose Magallon

13 _____/s/_____

Dated:  August 5, 2014
EDDIE RUIZ
14 Counsel for defendant Isidro Magana Garcia

16 **[] ORDER**

17 Good cause appearing and by stipulation of the parties,

18 IT IS HEREBY ORDERED that the status hearing currently set for Thursday, August 14, 2014,

19 at 9:00 a.m., shall be continued to Thursday, September 25, 2014, at 9:00 a.m.

20 It is further ordered that time from August 14, 2014 through and including September 25, 2014,

21 shall be excluded from the computation of the time within which trial shall commence, as the reasonable

22 time necessary for effective preparation of counsel, such that the ends of justice served by the

23 continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18

24 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

26 Öæ^KÅ ÐFJÐFI

_____
27 HON. D. LOWELL JENSEN
United States District Judge

STIPULATION CONTINUING STATUS DATE & EXCLUDING TIME
NO. 13-CR-00562 DLJ                    2