1  STEVEN G. KALAR
   Federal Public Defender
2  CYNTHIA C. LIE
   Assistant Federal Public Defender
3  55 South Market Street, Suite 820
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant MAGALLON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 UNITED STATES OF AMERICA,        )   No. CR-13-00562 DLJ
                                    )
12         Plaintiff,                )   STIPULATION TO CONTINUE STATUS
                                    )   HEARING
13 vs.                              )
                                    )
14 ISIDRO MAGAÑA and JOSE MAGALLON,)
                                    )
15         Defendant.                )
   _____)

16

17     Defendants Isidro Magaña and Jose Magallon and the government, by and through their

18 respective counsel, hereby stipulate and agree that the status hearing currently set for Thursday,

19 September 25, 2014, may be continued to Thursday, November 6, 2014, or as soon thereafter as

20 the matter may be heard.

21     The reasons for the requested continuance are: (1) the case has recently been reassigned

22 within the United States Attorney's Office; (2) a pending defense discovery request is currently

23 under review by the newly-assigned AUSA; and (3) counsel for Mr. Magaña is unavailable on

24 the currently-scheduled date. Accordingly, the parties further stipulate that the time through and

25 including Thursday, November 6, 2014, may be excluded from the computation of time within

26

Stipulation to Continue Hearing
CR 13-00562 DLJ                            1

1 | which trial shall commence, as the reasonable time necessary for effective preparation and
2 | continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

4 | Dated: September 24, 2014

5 |                                    s/_____
  |                                    JOSEPH FAZIOLI
6 |                                    Assistant United States Attorney

7 | Dated: September 24, 2014

8 |                                    s/_____
  |                                    CYNTHIA C. LIE
9 |                                    Counsel for Jose Magallon

10 | Dated: September 24, 2014

11 |                                   s/_____
   |                                   EDDIE RUIZ
12 |                                   Counsel for Isidro Magaña

Stipulation to Continue Hearing
CR 13-00562 DLJ                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-13-00562 DLJ |
| | ) | |
| Plaintiff, | ) | [] ORDER ON STIPULATION |
| | ) | TO CONTINUE STATUS HEARING |
| vs. | ) | |
| | ) | |
| ISIDRO MAGAÑA and JOSE MAGALLON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Thursday, September 25, 2014, shall be continued to Thursday, November 6, 2014.

It is further ordered that the time through and including Thursday, November 6, 2014, shall be excluded from the computation of time within which trial shall commence, as the reasonable time necessary for effective preparation and continuity of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: September G , 2014

_____
HON. D. LOWELL JENSEN
United States District Judge

[] Order Continuing Hearing
CR 13-00562 DLJ                                                    1